DANIEL J. BRODERICK, Bar #89424
Federal Defender
BEN GALLOWAY, Bar #14897
Staff Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LINDA ALINE TUMA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR.S. 08-0041-KJM |
| Plaintiff, | STIPULATION AND ORDER |
| v. | Date:  May 29, 2008 |
| LINDA ALINE TUMA, | Time:  10:00 a.m. |
| | Judge: KIMBERLY J. MUELLER |
| Defendant. | |

    The United States of America, through MATTHEW C. STEGMAN, Assistant United States Attorney, together with defendant, LINDA ALINE TUMA by and through his counsel BEN GALLOWAY of the Federal Defenders Office, stipulate that the judgment and sentencing hearing set for May 8, 2008 be continued to May 29, 2008 at 10:00 a.m.

    This continuance is requested because defense counsel will be

/ / /

/ / /

1 unavailable on May 8, 2008 to make appearance at a misdemeanor calendar
2 in South Lake Tahoe before Judge Gregory G. Hollows.

4 Dated: April 22, 2008                    Respectfully submitted,

                                           DANIEL J. BRODERICK
                                           Federal Defender

                                           /s/ Ben Galloway
                                           _____
                                           BEN GALLOWAY
                                           Staff Attorney
                                           Attorney for Defendant
                                           LINDA ALINE TUMA

11 Dated:  April 22, 2008                  MCGREGOR W. SCOTT
                                           United States Attorney

                                           /s/ Matthew Stegman
                                           _____
                                           MATTHEW STEGMAN
                                           Assistant U.S. Attorney

**O R D E R**

   IT IS SO ORDERED that the judgment and sentencing will now be set
for May 29, 2008 at 10:00 a.m.
IT IS SO ORDERED.
Dated: April 24, 2008.

                                           _____
                                           U.S. MAGISTRATE JUDGE

2