McGREGOR W. SCOTT
United States Attorney
S. ROBERT TICE-RASKIN
Assistant U.S. Attorney
ANTHONY STORM
Certified Law Clerk, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2810

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 2:08-cr-41 KJM |
| ) | |
| Plaintiff, ) | STIPULATION REGARDING |
| ) | RESTITUTION; FINDINGS AND ORDER |
| v. ) | |
| ) | DATE: 07-3-08 |
| LINDA A. TUMA, ) | TIME: 10:00 a.m. |
| ) | JUDGE: Hon. Kimberly J. Mueller |
| Defendant. ) | |
| _____) | |

## STIPULATION

Plaintiff United States of America, by and through S. Robert Tice-Raskin, Assistant United States Attorney, together with the defendant, LINDA A. TUMA, by and through his counsel Benjamin Galloway of the Federal Defenders Office, stipulate that:

1. This matter was heard for judgment and sentencing on May 29, 2008. The government requested the matter of restitution remain open for 30 days pursuant to 18 U.S.C. § 3664(d)(1)(5) to identify restitution due to the victims. The court granted the defendant's request and set a status conference for July 3, 2008.

2. The parties have determined that restitution is not owed to the victims pursuant to 18 U.S.C. § 3663.

3. The status conference set for July 3, 2008, at 10:00a.m. may be dropped from the calendar.

DATED: June 3, 2008

                    Respectfully submitted,

                    McGregor W. Scott
                    United States Attorney

          By:   /s/ S. ROBERT TICE-RASKIN
                S. ROBERT TICE-RASKIN
                Assistant United States Attorney

                Daniel Broderick
                Federal Defender

          By:   /s/ BENJAMIN GALLOWAY
                Benjamin Galloway
                Attorney for Defendant
                LINDA A. Tuma

<u>ORDER</u>

IT IS SO FOUND AND ORDERED this 26th day of June 2008.

_____
U.S. MAGISTRATE JUDGE